MSSB-NCAC (4/24)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

In re: Nelson Jean Crochet Jr. Case No.: 23-50540-KMS

Chapter: 13

*Debtor(s)*

## Notice of Change of Address for Creditor

New Orleans Firemen's Federal Credit Union (Creditor) hereby gives notice of its new address:

**Current Notice Address**:
*(As shown on matrix)*

Thrash & Thrash, PLLC
PO Box 587
Jackson, MS 39205

**New Notice Address**:

New Orleans Firemen's Federal Credit Union
4401 W. Napoleon Ave.
Metairie, LA 70001

**New Payment Address**:
*(If applicable)*

New Orleans Firemen's Federal Credit Union
4401 W. Napoleon Ave.
Metairie, LA 70001

**Proof of Claim Number(s):** 17, 18
*(If applicable)*

**Reason for Change of Address**:

- ☐ New Loan Servicer[1]
- ☑ New Location
- ☐ Other ______

Prepared By:

Signature: /s/ Katelyn Forehand
Name: Katelyn Forehand
Title: Legal Recovery Specialist
Phone No: 504-889-9085

Address: New Orleans Firemen's Federal Credit Union
4401 W. Napoleon Ave.
Metairie, LA 70001

[1] Do not use this form when the proof of claim lists the prior servicer as the creditor (owner of the loan). Instead, you must file a transfer of claim to transfer the existing claim to the new servicer.

MSSB-NCAC (4/24)

# Certificate of Service

I hereby certify that a copy of the foregoing Notice of Change of Address was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on 9/9/2026 (Date) addressed to:

Debtor(s):

Nelson Crochet Jr.
252 Adams Street
Raceland, LA 70394

Katelyn Forehand
Name

/s/ Katelyn Forehand
Signature